**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Erskine Jermaine FLORENCE,
Defendant–Appellant.**

**No. 08–11356
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 3, 2008.

Stephen J. Langs, Federal Public Defender, Clarence W. Counts, Jr., Orlando, FL, for Defendant–Appellant.

Before ANDERSON, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Clarence W. Counts, Jr., appointed counsel for Erskine Jermaine Florence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Florence's sentence is **AFFIRMED.**